**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:     In the Matter of David Christopher Hesse

Appellate case number:   01-15-00401-CR

Trial court case number:  12-DCR-061186

Trial court:              240th District Court of Fort Bend County

The en banc court has voted to deny appellant's motion for rehearing en banc. It is ordered that the motion for rehearing en banc is **denied**.

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Judge's signature: /s/ Jane Bland
                        Acting for the En Banc Court


Date:  November 1, 2016